UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEKSANDRA MILUTINOVIC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MORITZ, CITY OF SEATTLE, and EUGENE SCHUBECK,<br><br>Defendants. | C16-365 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants City of Seattle's and Officer Eugene Schubeck's motion for discovery sanctions, docket no. 33, is DENIED in part and GRANTED in part. The motion is denied as to the sanction of dismissal of plaintiff's claims. The motion is unopposed and granted as to the following requirements:

(a) Plaintiff shall properly and completely respond to all discovery requests propounded by City of Seattle and Officer Schubeck on or before March 10, 2017; and

(b) Plaintiff shall submit to a deposition on or before March 31, 2017.

The motion is also granted as to a 30-day continuance of the trial date and remaining related deadlines. The motion did not request, and thus, the Court does not award, any attorney's fees, costs, or monetary sanctions.

MINUTE ORDER - 1

(2) The new trial date and related dates and deadlines are as follows:

| **JURY TRIAL DATE (5 days)** | **August 21, 2017** |
|---|---|
| Discovery completion deadline | April 21, 2017 |
| Dispositive motions filing deadline | May 25, 2017 |
| Motions in limine filing deadline | July 20, 2017 |
| Agreed pretrial order due | July 31, 2017 |
| Trial briefs, proposed voir dire questions, and jury instructions due | July 31, 2017 |
| Pretrial conference | August 11, 2017 at 2:00 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 18, shall remain in full force and effect.

(3) Plaintiff's improperly-noted motion, docket no. 35, to strike or renote defendants' motion for discovery sanctions is DENIED in part and STRICKEN in part as moot. Plaintiff's counsel is reminded that standalone motions to strike are not permitted. *See* Local Civil Rule 7(g). Plaintiff and plaintiff's counsel are hereby ADVISED that further failure to comply with the deadlines set by the Court or with the Court's rulings can result in sanctions, which may include monetary penalties and dismissal of this action. *See* Fed. R. Civ. P. 37(b)(2).

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2