UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA MILUTINOVIC,

    Plaintiff,

v.

CHRISTOPHER MORITZ, CITY OF SEATTLE, and EUGENE SCHUBECK,

    Defendants.

C16-365 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants City of Seattle's and Officer Eugene Schubeck's motion for discovery sanction, docket no. 41, which seeks dismissal of plaintiff's claims against them, is RENOTED to April 14, 2017, the fourth Friday after filing. Any response and any reply shall be due in accordance with Local Civil Rule 7(d)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1