UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA MILUTINOVIC,

    Plaintiff,

v.

CHRISTOPHER MORITZ, CITY OF SEATTLE, and EUGENE SCHUBECK,

    Defendants.

C16-365 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants City of Seattle's and Officer Eugene Schubeck's second motion for discovery sanctions, docket no. 41, is STRICKEN in part and GRANTED in part. In light of plaintiff's late discovery responses, the motion is stricken as moot with regard to defendants' request that plaintiff's claims be dismissed with prejudice as a sanction. The motion is granted as to a continuance of the trial date and related deadlines, as follows:

| **JURY TRIAL DATE** | **October 23, 2017** |
|---|---|
| Deadline for defendants to conduct discovery[1] | June 19, 2017 |
| Dispositive motions filing deadline | July 20, 2017 |
| Motions in limine filing deadline | September 21, 2017 |
| Agreed pretrial order due | October 6, 2017 |

---

[1] If, after reviewing plaintiff's untimely responses, defendants wish to propound additional written discovery requests, they may do so within fourteen (14) days of the date of this Minute Order.

MINUTE ORDER - 1

| Trial briefs, proposed voir dire questions, and jury instructions due | October 6, 2017 |
|---|---|
| Pretrial conference | October 13, 2017 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 18, as amended by the Minute Order entered March 1, 2017, docket no. 40, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2