UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEKSANDRA MILUTINOVIC, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER MORITZ; CITY OF SEATTLE; and EUGENE SCHUBECK, <br><br> Defendants. | C16-365 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to voluntarily dismiss with prejudice certain claims against defendants City of Seattle and Eugene Schubeck, docket no. 47, is GRANTED. Plaintiff's claim against City of Seattle for violation of the Americans with Disabilities Act, as stated in Paragraph 48 of the Amended Complaint, docket no. 1-2, and plaintiff's claim against Eugene Schubeck for discrimination on the basis of mental illness or other disability, as stated in Paragraph 47 of the Amended Complaint, are both DISMISSED with prejudice. Plaintiff's other claims against City of Seattle and Eugene Schubeck are unaffected by this Minute Order and remain pending.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1