UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA MILUTINOVIC,

Plaintiff,

v.

CHRISTOPHER MORITZ; CITY OF
SEATTLE; and EUGENE SCHUBECK,

Defendants.

C16-365 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion, docket no. 62, concerning the noting date of defendants
City of Seattle's and Officer Eugene Schubeck's motion for summary judgment is
DENIED in part and GRANT in part as follows.  To the extent plaintiff contends that
defendants' motion for summary judgment was untimely filed or improperly noted for the
fourth Friday after it was filed, plaintiff's motion is DENIED.  To the extent plaintiff asks
for an extension of time to respond to defendants' motion for summary judgment because
of plaintiff's counsel's family health issues, plaintiff's motion is GRANTED, and any
response to defendant's motion for summary judgment shall be filed by August 21, 2017.
Defendants' motion for summary judgment, docket no. 53, is RENOTED to August 25,
2017.  Any reply shall be filed by the new noting date.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

Dated this 28th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1