# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALEKSANDRA MILUTINOVIC,

    Plaintiff,

v.

CHRISTOPHER MORITZ, CITY OF SEATTLE, and EUGENE SCHUBECK,

    Defendants.

C16-365 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 66, for extension of time to file a response to defendants City of Seattle's and Eugene Schubeck's motion for summary judgment is GRANTED as follows:

    (a) Defendants City of Seattle's and Eugene Schubeck's motion for summary judgment, docket no. 53, is RENOTED to September 29, 2017. Any response shall be filed by September 25, 2017, and any reply is due on the new noting date.

    (b) The trial date of October 23, 2017, and all other remaining dates and deadlines are STRICKEN. The Court will reset such dates and deadlines, if appropriate, after ruling on the pending motion for summary judgment.

    (c) If no response is timely filed, the Court will consider the pending motion for summary judgment on the basis of the papers filed in support of the motion and the other materials in the record. No further extension will be granted.

MINUTE ORDER - 1

(2)     Plaintiff's duplicative motion for extension, docket no. 70, is STRICKEN.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of September, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2