UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA MILUTINOVIC,

Plaintiff,

v.

CHRISTOPHER MORITZ, CITY OF
SEATTLE, and EUGENE SCHUBECK,

Defendants.

C16-365 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)     Defendant City of Seattle's unopposed motion for extension of time, docket
no. 84, is GRANTED.  Plaintiff's motion to alter or amend judgment, docket no. 83, is
RENOTED to January 26, 2018.  Any response shall be filed by January 18, 2018, and
any reply shall be filed by the new noting date.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

Dated this 16th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1