UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEKSANDRA MILUTINOVIC,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER MORITZ, CITY OF SEATTLE, and EUGENE SCHUBECK,<br><br>        Defendants. | C16-365 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to alter or amend judgment, docket no. 83, is DENIED. Plaintiff's claim under Washington's Public Records Act ("PRA") was "so related" to her claims under 42 U.S.C. § 1983 for violation of her Fourth and/or Fourteenth Amendment rights that the PRA claim "form[ed] part of the same case or controversy under Article III of the United States Constitution," and the Court had supplemental jurisdiction over the PRA claim. *See* 28 U.S.C. § 1367(a). Plaintiff's untimely argument to the contrary lacks merit.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of February, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1